\*\* E-filed March 21, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ULRICH, | No. C10-05595 HRL |
| Plaintiff, | **ORDER SETTING SHOW CAUSE HEARING RE: SETTLEMENT** |
| v. | |
| NATIONWIDE CREDIT, INC., | [Re: Docket No. 20] |
| Defendant. | |

Plaintiff advises the Court that the parties have reached a settlement in the above-entitled action. Docket No. 20. On or before **May 24, 2011**, the parties shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **May 31, 2011 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: March 21, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-05595 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Eric D. Houser | scleere@houser-law.com |
| Johanna Marie Kwasniewski | johanna@jmklaw.org |
| Lara Ruth Shapiro | shapiro.lara@gmail.com |
| Tammy L. Hussin | thussin@houser-law.com, skilgore@houser-law.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**